# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S HOSPITAL ASSOCIATION OF TEXAS; CHILDREN'S HEALTH CARE d/b/a CHILDREN'S HOSPITAL AND CLINICS OF MINNESOTA; GILLETTE CHILDREN'S SPECIALTY HEALTHCARE; CHILDREN'S HOSPITAL OF THE KING'S DAUGHTERS, INCORPORATED; SEATTLE CHILDREN'S HOSPITAL,<br><br>                          Plaintiffs,<br><br>           v.<br><br>THOMAS E. PRICE, in his official capacity, Secretary, Department of Health and Human Services; SEEMA VERMA, in her official capacity, Administrator, Centers for Medicare and Medicaid Services; and the CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>                          Defendants. | Case No.: 1:17-cv-00844-EGS |

## PLAINTIFFS' COMBINED APPLICATION FOR A PRELIMINARY INJUNCTION AND FOR SUMMARY JUDGMENT

Pursuant to Rules 56 and 65 of the Federal Rules of Civil Procedure and Local Rules 7(h)(2) and 65.1(c), in accordance with the Court's May 24, 2017 Minute Order, and for the reasons stated in its supporting memorandum, filed contemporaneously herewith, Plaintiffs hereby respectfully move the Court to vacate and enjoin a final rule titled "Medicaid Program: Disproportionate Share Hospital Payments – Treatment of Third Party Payers in Calculating Uncompensated Care Costs" promulgated by Defendant Centers for Medicaid and Medicare Services ("CMS") (the "Final Rule"). 82 Fed. Reg. 16114, 16117 (April 3, 2017).

Plaintiffs have agreed to combine their emergency request for a preliminary injunction with the Court's ruling on the merits as to the two claims Plaintiffs have alleged: (1) that Defendants acted in excess of statutory jurisdiction, authority, or short of statutory right in promulgating the Final Rule, in violation of 5 U.S.C. § 706(2)(C); and (2) that the Final Rule is arbitrary, capricious, or otherwise not in accordance with law, in violation of 5 U.S.C. § 706(2)(A).

Pending a decision on the merits, Plaintiffs face imminent and irreparable harm. The audits of DSH funds received in 2014 are well underway and will be finalized within a few months and reported to CMS shortly thereafter. Once reported to CMS, the states will be compelled by the Final Rule to recoup overpayments identified, which for Plaintiffs will collectively total $75 million. As both this Court and the United States District Court for the District of New Hampshire court found, the harm is irreparable because any monies recouped could not be recovered. *Texas Children's Hosp. v. Burwell*, 76 F. Supp. 3d 224, 242 (D.D.C. 2014); *N.H. Hosp. Ass'n v. Burwell*, Civ. No. 15-cv-460-LM, 2016 WL 1048023, at *17-18 (D. N.H. Mar. 11, 2016). In addition, state Medicaid agencies are in the process of determining DSH payment allotments for the next fiscal year. These agencies will be compelled by the Final Rule to include third-party payments in the HSL calculation thereby artificially deflating Plaintiffs' HSLs, which will deny Plaintiffs millions of dollars in 2017-2018 DSH payments (for some hospitals, this will shut them out of the program altogether). Finally, the Final Rule creates immediate and substantial financial uncertainty, which severely hampers Plaintiffs in making strategic decisions regarding investments needed to sustain their mission-driven objectives (such as improvements to clinical programs and facilities, pediatric research, and pediatric educational supports).

For these reasons, Plaintiffs respectfully request that the Court render a decision on the merits of this case with the same expediency it would decide Plaintiffs' motion for a preliminary injunction. The text of a proposed order for the requested relief is submitted contemporaneously herewith.

Dated:  June 5, 2017                                    Respectfully submitted,

*/s/* Geraldine E. Edens
Geraldine E. Edens
D.C. Bar No. 437056
Christopher H. Marraro
D.C. Bar No. 395152

**Baker & Hostetler LLP**
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC  20036-5304
Telephone:   (202) 861-1500
Facsimile:    (202) 861-1783
gedens@bakerlaw.com
cmarraro@bakerlaw.com

Susan Feigin Harris (admitted *pro hac vice*)
Texas Bar No.06876980

**Baker & Hostetler LLP**
811 Main St. Suite 1100
Houston, Texas 77002
Telephone: 713-646-1307
Facsimile: 713-751-1717
sharris@bakerlaw.com

*Attorneys for Plaintiffs Children's Hospital Association of Texas, Children's Health Care d/b/a Children's Hospitals and Clinics of Minnesota, Gillette Children's Specialty Healthcare, Children's Hospital of the King's Daughters, Incorporated, and Seattle Children's Hospital*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of June, 2017, a true and exact copy of Plaintiff's Combined Application for a Preliminary Injunction and For Summary Judgment was served via operation of the ECF system on all counsel of record.

                                                     */s/* Geraldine E. Edens
                                                    Geraldine E. Edens